570 A.2d 951

ANN MEEHAN v. ALLSTATE INSURANCE COMPANY.

October 3, 1989.

Petition for certification denied.

570 A.2d 951

JOSEPH P. DLUGOSZ v. TOWNSHIP OF SOUTH
ORANGE VILLAGE.

October 3, 1989.

Petition for certification denied.

570 A.2d 951

JOSEPH P. DLUGOSZ v. TOWNSHIP OF SOUTH
ORANGE VILLAGE.

October 3, 1989.

Cross-petition for certification denied.

570 A.2d 952

ANTHONY PEKARSKY v. STATE OF NEW JERSEY,
DEPARTMENT OF THE TREASURY, ET AL.

October 3, 1989.

Petition for certification denied.